IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03360-RPM

TIMOTHY RADLOFF,

    Petitioner,

v.

TOM CLEMENTS, Exec. Director, Colorado Department of Corrections,
DICK SMELSER, Warden, Crowley County Correctional Facility, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.

_____

ORDER TO FILE AN ANSWER
_____

Upon review of the Petition for Writ of Habeas Corpus, filed by Timothy Radloff on December 22, 2011, seeking relief under 28 U.S.C. § 2254, and pursuant to Rule 5 of the Rules Governing Section 2254 Cases, it is

ORDERED that on or before March 5, 2012, the respondents shall file and serve an answer to the petition.

DATED:   January 3rd, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge