IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03360-RPM

TIMOTHY RADLOFF,

    Petitioner,

v.

TOM CLEMENTS, Exec. Director, Colorado Department of Corrections,
DICK SMELSER, Warden, Crowley County Correctional Facility, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.

_____

## ORDER EXTENDING TIME TO ANSWER
_____

    Upon review of the file and docket sheet in this action, it appears that the Order to File an Answer [3] entered by this Court on January 3, 2012, was not served upon defendants until today. It is now

    ORDERED that on or before April 26, 2012, the respondents shall file and serve an answer to the petition.

    DATED: March 12th, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge