IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03360-RPM

TIMOTHY RADLOFF,

      Petitioner,

v.

TOM CLEMENTS, Exec. Director, Colorado Department of Corrections,
DICK SMELSER, Warden, Crowley County Correctional Facility, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

      Respondents.

_____

STAY ORDER
_____

Upon review of the petitioner's reply [8], filed June 7, 2012, and it appearing that

the question of whether Timothy Radloff should be granted an evidentiary hearing that

is the subject of an appeal to the Colorado Court of Appeals from the denial by the State

District Court of the petitioner's second Rule 35(c) motion and applying the principles of

comity, the state court should have the opportunity to address that issue before further

proceeding in this court on the habeas corpus petition and it is therefore

ORDERED that this action is stayed pending the appeal of the petitioner's

second Rule 35(c) motion.

DATED:   June 8th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge