IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03360-RPM

TIMOTHY RADLOFF,

    Petitioner,

v.

TOM CLEMENTS, Exec. Director, Colorado Department of Corrections,
DICK SMELSER, Warden, Crowley County Correctional Facility, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.

_____

ORDER FOR HEARING
_____

It appearing from the Applicant's Reply [Doc. 8] and the Applicant's Notice of Conclusion of State Court Proceedings [Doc. 10] that the issue to be decided is whether an evidentiary hearing should be held in this court to address the credibility of the testimony at trial of Elkay Carmack, and that oral argument may be helpful, it is

ORDERED that a hearing will be set to provide an opportunity for oral argument on the question of whether an evidentiary hearing should be held to prevent a miscarriage of justice.

DATED:   December 29th, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge