IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03360-RPM

TIMOTHY RADLOFF,

    Petitioner,

v.

TOM CLEMENTS, Exec. Director, Colorado Department of Corrections,
DICK SMELSER, Warden, Crowley County Correctional Facility, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

    Pursuant to the Order for Hearing entered on December 29, 2015, [Doc. 11], a hearing is scheduled for **January 28, 2016, at 9:30 a.m.** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   January 7, 2016