IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03360-RPM

TIMOTHY RADLOFF,

    Petitioner,

v.

TOM CLEMENTS, Exec. Director, Colorado Department of Corrections,
DICK SMELSER, Warden, Crowley County Correctional Facility, and
JOHN W. SUTHERS, Attorney General, State of Colorado,

    Respondents.

_____

## JUDGMENT
_____

    Pursuant to the Order for Dismissal entered by Senior Judge Richard P. Matsch on January 28, 2016, it is

    ORDERED that this civil action is dismissed.

    DATED:   January 28th, 2016

                  FOR THE COURT:

                  JEFFREY P. COLWELL, Clerk

                      s/M. V. Wentz
                By_____
                        Deputy